UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 19-467 |
| v. | : | |
| DUANE ROBINSON | : | FED. R. CRIM. P. 12.4 DISCLOSURE STATEMENT |

Pursuant to Fed. R. Crim. P. 12.4, the United States Attorney for the District of New Jersey files this disclosure statement based upon the information currently available to this Office regarding the organizational victims of the criminal activity alleged in the above-reference matter. This statement is submitted for the limited purposes of Rule 12.4 and should not be relied upon for any other purpose. The United States reserves its right to amend or supplement this statement to the extent this Office receives additional relevant information.

**Name of Organizational Victim:** JPMorgan Chase Bank, NA

**Parent Corporation:** JPMorgan Chase & Co.

**Publicly Held Company(ies) Owning 10% or More of the Organizational Victim's Stock:** JPMorgan Chase & Co.

Respectfully submitted,

CRAIG CARPENITO
United States Attorney

By: Courtney A. Howard
    Assistant United States Attorney

DATE: 7/1/19